Darrel S. Jackson (018415)
Michelle R. Matheson (019568)
MATHESON & MATHESON, P.L.C.
15300 N. 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
djackson@mathesonlegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brice Somers,<br><br>        Plaintiff,<br><br>v.<br><br>Alpha Geotechnical and Materials, Inc., et al.,<br><br>        Defendants. | No. CV-13-628-PHX-DGC<br><br>**NOTICE OF SETTLEMENT** |

The parties have reached a settlement that resolves all of Plaintiff's claims in this matter.  Plaintiff and Defendants are actively preparing a formal settlement agreement, and anticipate executing the settlement agreement by April 26, 2013.  Within seven days after the parties' settlement agreement is executed, Plaintiff will voluntarily dismiss this lawsuit with prejudice.

Today (April 22, 2013) is the deadline for Defendants' response to the complaint.  However, in light of the foregoing, and to minimize unnecessary legal fees, Plaintiff requests that the Court allow the parties to continue to finalize their settlement, without requiring Plaintiff to secure a responsive pleading or file an entry of default.

-1-

Respectfully submitted this April 22, 2013

Matheson & Matheson, P.L.C.

By: /s/ Darrel S. Jackson

**Certificate of Service**

I hereby certify that on April 22, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing, and provided a courtesy copy to Defendants.

/s/ Darrel S. Jackson

-2-