Darrel S. Jackson (018415)
Michelle R. Matheson (019568)
MATHESON & MATHESON, P.L.C.
15300 N. 90th Street, Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
djackson@mathesonlegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brice Somers, | ) | No. CV-13-628-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| Alpha Geotechnical and Materials, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action with prejudice.

Respectfully submitted this April 26, 2013

Matheson & Matheson, P.L.C.

By: /s/ Darrel S. Jackson

-1-

-2-

**Certificate of Service**

I hereby certify that on April 26, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing, and provided a courtesy copy to Defendants.


/s/ Darrel S. Jackson